PLG DAMAGE ATTORNEYS
VINIT R. VENKATESH, ESQ. (State Bar No. 367857)
2750 SW 145TH AVENUE #509
Miramar, Florida 33027
VV@PLGDAMAGE.COM

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Manuel Juarez**,**<br>individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br>vs.<br><br>Yeti Coolers, LLC,<br><br>Defendant. | Case No.:<br><br>**Complaint for Damages and Injunctive Relief for Violations of: 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(c)(1)**<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY DEMAND** |

Plaintiff Manuel Juarez ("Plaintiff") brings this class action against Yeti Coolers, LLC ("Defendant") and alleges as follows upon personal knowledge as to Plaintiff and Plaintiff's own acts and experiences and, as to all other matters, upon information and belief, including investigation conducted by Plaintiff's counsel.

## NATURE OF THE ACTION

1. This putative class action arises from Defendant's violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. (the "TCPA"), and the Federal Communications Commission ("FCC") regulations promulgated thereunder.

2. To advertise and promote its goods and services, Defendant transmitted, or caused to be transmitted, unsolicited telemarketing text messages to Plaintiff and other consumers, including multiple messages initiated before 8:00 a.m. or after 9:00 p.m. local time at the called party's location.

3. Through this action, Plaintiff seeks injunctive relief, statutory damages, treble damages for

willful or knowing violations, costs, and such other relief as the Court deems just and proper.

## PARTIES

4. Plaintiff is a natural person, a citizen and resident of Los Angeles County, California, and a "person" entitled to bring this action under the TCPA.

5. Defendant, Yeti Coolers, LLC., is a Delaware Corporation that is authorized to do business in California.

6. Unless otherwise indicated, references to Defendant include its agents, employees, officers, members, directors, partners, subsidiaries, affiliates, predecessors, successors, assigns, principals, representatives, vendors, and all other persons or entities acting on its behalf.

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because this action arises under the TCPA.

8. This Court has personal jurisdiction over Defendant, and venue is proper in this District because Defendant transacts business in this District, purposefully directed the telemarketing campaign at issue into this District, and because Defendant's unauthorized marketing scheme was directed by Defendant to consumers in this District.

## STATUTORY AND REGULATORY BACKGROUND

### I. <u>Telephone Consumer Protection Act (TCPA)</u>

9. In 1991, Congress enacted the TCPA to address the explosive growth of the telemarketing industry. In so doing, Congress recognized that "[u]nrestricted telemarketing . . . can be an intrusive invasion of privacy [.]" Telephone Consumer Protection Act of 1991, Pub. L. No. 102-243, § 2(5) (1991) (codified at 47 U.S.C. § 227).

10. Section 227(c) of the TCPA directed the FCC to adopt rules protecting residential telephone subscribers' privacy rights and limiting unwanted telephone solicitations. 47 U.S.C. § 227(c)(1).

11. The FCC's regulations prohibit any person or entity from initiating a telephone solicitation to any residential telephone subscriber before 8 am and after 9 pm local time at the called party's location. and similarly provides a private right of action against any entity that makes those telephone solicitations, or "on whose behalf" such telephone solicitations are made. 47 U.S.C. § 227(c)(5); 47 C.F.R. § 64.1200(c)(1). 47 C.F.R. § 64.1200(e), the restrictions in § 64.1200(c) apply to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers to the extent described by the FCC. 47 C.F.R. § 64.1200(e).

12. Under the TCPA, a text message qualifies as a "call." *Campbell-Ewald Co. v. Gomez*, 577 U.S. 153, 156 (2016).

13. The FCC defines "telephone solicitation" to mean the initiation of a telephone call or message for the purpose of encouraging the purchase or rental of, or investment in, property, goods, or services, but the term does not include a call or message sent with prior express invitation or permission, to a person with whom the caller has an established business relationship, or by or on behalf of a tax-exempt nonprofit organization. 47 C.F.R. § 64.1200(f)(15).

14. A person who has received more than one telephone call within any twelve-month period by or on behalf of the same entity in violation of the regulations prescribed under 47 U.S.C. § 227(c) may bring an action for injunctive relief and to recover actual monetary loss or up to $500.00 in damages for each violation, whichever is greater. 47 U.S.C. § 227(c)(5).

15. If the Court finds that the defendant willfully or knowingly violated the regulations prescribed under 47 U.S.C. § 227(c), the Court may, in its discretion, increase the amount of the award to an amount equal to not more than three times the amount otherwise available. *Id.*

**FACTS**

16. Plaintiff is the regular user and subscriber of the wireless telephone number ending in 6042 (the "Subject Number"). Plaintiff uses the Subject Number only or primarily for personal, family, and household purposes, as Plaintiff's primary means of being reached at home, and as a replacement

for a traditional residential landline.

17. On or about October 25, 2025 at 1:26 PM, Plaintiff requested to opt-out of Defendant's text messages by replying with a stop instruction as reflected by the following screenshot. *See Exhibit A.*

18. Defendant ignored Plaintiff's request and continued text messaging Plaintiff, as demonstrated by the above screenshot and the following screenshot. *See Exhibit A.*

19. As demonstrated by the above screenshots, the purpose of Defendant's text messages was to advertise, promote, and/or market Defendant's goods, services, and/or properties.

20. As demonstrated by the above screenshots, Defendant does not honor consumer requests to opt-out of text message solicitations. Indeed, Plaintiff attempted to opt-out of Defendant's text message solicitations by telling Defendant not to contact them anymore, but Defendant continued to text message Plaintiff.

21. Defendant's refusal to honor Plaintiff's opt-out requests demonstrates that Defendant has not instituted procedures for maintaining a list of persons who request not to receive text messages from Defendant. The precise details regarding its lack of requisite policies and procedures are solely within Defendant's knowledge and control.

22. True and correct copies of the messages are attached as Exhibit A and incorporated by reference.

23. The subject messages were not informational or transactional. Their purpose was to advertise, promote, and encourage the purchase of Defendant's goods and/or services.

24. Defendant did not maintain the required procedures for handling and processing opt-out requests prior to the initiation of the violative text messages it sent to Plaintiff as reflected by the fact that Plaintiff made an opt-out request and that request was never processed; it was ignored by Defendant and its employees and Defendant continued to send text messages.

25. Defendant sent at least two solicitations after Plaintiff's first opt-out request.

26. Plaintiff utilizes the cellular telephone that received Defendant's texts messages for personal

purposes and the number is Plaintiff's residential telephone line.

27. Upon information and belief, Defendant has access to outbound transmission reports for all text messages sent advertising/promoting its services and goods. These reports show the dates, times, target telephone numbers, and content of each message sent to Plaintiff and the Class members. Defendant also has access to text message logs showing Plaintiff's and the Class members' inbound opt-out requests.

28. Defendant's text messages caused Plaintiff and the Class members harm, including statutory damages, inconvenience, invasion of privacy, aggravation, annoyance, and violation of their statutory privacy rights.

## CLASS ALLEGATIONS

**Proposed Class**

29. Plaintiff brings this action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of Plaintiff and the following proposed class:

30. TCPA OPT-OUT Class: All persons in the United States who, from four years prior to the filing of this action through the date of class certification, Defendant, or anyone acting on Defendant's behalf, initiated more than one telephone solicitation text message within any twelve-month period to a wireless telephone number used by the called party as a residential line, where at least one such message was initiated after opting out.

31. Plaintiff reserves the right to modify the class definition as discovery and further investigation may warrant.

32. Excluded from the Class are Defendant, any parent, subsidiary, affiliate, or control person of Defendant, and Defendant's officers, directors, agents, servants, employees, attorneys, and the immediate family members of such persons.

33. Upon information and belief, the members of the Class number at least in the dozens and likely in the hundreds or thousands, making joinder impracticable. The identities of the Class

members are presently unknown to Plaintiff but are ascertainable through Defendant's records and the records of Defendant's agents and vendors.

**Common Questions and Rule 23 Requirements**

34. There are numerous questions of law and fact common to the Class that predominate over any questions affecting only individual members, including whether Defendant initiated or caused to be initiated the challenged text messages; whether those messages constituted telephone solicitations or telemarketing; whether the messages were sent to wireless numbers used as residential lines; whether the messages were initiated before 8:00 a.m. or after 9:00 p.m. local time at the called party's location; whether Defendant possessed prior express invitation or permission; whether Defendant had an established business relationship with the recipients; whether any nonprofit exemption applies; and whether Defendant is liable for damages and injunctive relief.

35. Plaintiff's claims are typical of the claims of the Class because they arise from the same course of conduct and are based on the same legal theories.

36. Plaintiff will fairly and adequately protect the interests of the Class and has retained counsel experienced in complex litigation and TCPA class actions.

37. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy because the damages recoverable by individual class members are small compared with the burden and expense of individual litigation, and separate actions would risk inconsistent results and needlessly burden the courts.

**COUNT I**

**VIOLATION OF 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(d)**

**(On Behalf of Plaintiff and the Class)**

38. Plaintiff re-alleges and incorporates the foregoing allegations set forth in paragraphs 1 through 38 as if fully set forth herein.

1. In pertinent part, 47 C.F.R. § 64.1200(d) provides:

> No person or entity shall initiate any call for telemarketing purposes to a residential telephone subscriber unless such person or entity has instituted procedures for maintaining a list of persons who request not to receive telemarketing calls made by or on behalf of that person or entity. The procedures instituted must meet the following minimum standards:
>
> (1) *Written policy*. Persons or entities making calls for telemarketing purposes must have a written policy, available upon demand, for maintaining a do-not-call list.
>
> (2) *Training of personnel engaged in telemarketing*. Personnel engaged in any aspect of telemarketing must be informed and trained in the existence and use of the do-not-call list.
>
> (3) *Recording, disclosure of do-not-call requests.* If a person or entity making a call for telemarketing purposes (or on whose behalf such a call is made) receives a request from a residential telephone subscriber not to receive calls from that person or entity, the person or entity must record the request and place the subscriber's name, if provided, and telephone number on the do-not-call list at the time the request is made. Persons or entities making calls for telemarketing purposes (or on whose behalf such calls are made) must honor a residential subscriber's do-not-call request within a reasonable time from the date such request is made. This period may not exceed thirty days from the date of such request. If such requests are recorded or maintained by a party other than the person or entity on whose behalf the telemarketing call is made, the person or entity on whose behalf the telemarketing call is made will be liable for any failures to honor the do-not-call request. A person or entity making a call for telemarketing purposes must obtain a consumer's prior express permission to share or forward the consumer's request not to be called to a party other than the person or entity on whose behalf a

telemarketing call is made or an affiliated entity.

39. Under 47 C.F.R § 64.1200(e), the rules set forth in 47 C.F.R. § 64.1200(d) are applicable to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers.

40. Plaintiff and the Class Members are residential telephone subscribers who received more than one text message made for purposes of telemarketing or solicitation purposes from Defendant, who has failed to implement the requisite procedures and personnel training as demonstrated by its failure to honor opt-out requests.

41. Plaintiff and the Class members made requests to Defendant not to receive texts from Defendant.

42. Plaintiff and the Class Members revoked any consent they may have provided Defendant by responding with "stop" or similar opt-out instructions.

43. Defendant continued to text message Plaintiff and the Class Members to harass them into making purchases from Defendant.

44. Defendant failed to honor Plaintiff's and the Class members' opt-out requests.

45. Defendant's refusal to honor opt-out requests is indicative of Defendant's failure to implement a written policy for maintaining a do-not-call list and to train its personnel engaged in telemarketing on the existence and use of the do-not-call-list.

46. Plaintiff and the Class members are informed and believe that Defendant has not instituted procedures for maintaining a list of persons who request not to receive telemarketing calls or text messages.

47. Plaintiff and the Class members are informed and believe that Defendant does not have a written policy, available upon demand, for maintaining a do-not-call list.

48. Plaintiff and the Class members are informed and believe that Defendant does not train its personnel engaged in any aspect of telemarketing in the existence and use of the do-not-call

list.

49. The details and specific facts regarding Defendant's failure to maintain the required policies and procedures, as well as personnel training, are solely within Defendant's knowledge and possession.

50. Defendant has violated 47 C.F.R. § 64.1200(d) by failing to honor opt-out requests, failing to maintain the required policies and procedures, and failing to train its personnel engaged in telemarketing.

51. Pursuant to section 227(c)(5) of the TCPA, Plaintiff and the Class members are entitled to an award of $500.00 in statutory damages, for each and every negligent violation.

52. As a result of Defendant's knowing or willful conduct, Plaintiff and the Class members are entitled to an award of $1,500.00 in statutory damages per violation.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, individually and on behalf of the Class, respectfully requests that the Court enter judgment in Plaintiff's favor and against Defendant and award the following relief:

a) An order certifying this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure, appointing Plaintiff as Class Representative, and appointing Plaintiff's counsel as Class Counsel;

b) Statutory damages of up to $500.00 for each violation, or actual monetary loss, whichever is greater;

c) An award of treble damages for each willful or knowing violation;

d) Injunctive relief prohibiting Defendant from engaging in conduct that violates the TCPA, including initiating telephone solicitations before 8:00 a.m. or after 9:00 p.m. local time at the called party's location;

e) Costs, pre-judgment interest, and post-judgment interest as permitted by law; and

f) Such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff and the members of the Class hereby demand a trial by jury on all issues so triable.

## DOCUMENT PRESERVATION DEMAND

Plaintiff demands that Defendant take affirmative steps to preserve all records, electronically stored information, transmission logs, campaign reports, consent records, customer relationship data, vendor communications, and all other documents or data relating to the text messages and telemarketing practices alleged herein.

Dated: October 19, 2026

Respectfully Submitted,

/s/ Vinit R. Venkatesh, Esq.

Vinit R. Venkatesh, Esq.
Attorney Bar No: 367857
E-mail: vv@plgdamage.com
Phone: 305-506-4746
COUNSEL FOR PLAINTIFF

# EXHIBIT A

# ATTACH PHOTOS



















5:09
24490
Tue, Nov 25 at 9:25 AM
YETI: ROLL TIDE - The second drop in our Fandom Collection just launched. https://brz.ai/IVQsJ/13cpfNJ
Wed, Nov 26 at 8:56 AM
YETI: Time is running out on free holiday custom. Put in your order for personalized gifts by 11/27 at 11:59 PM CT. See details.* https://brz.ai/zyIlZ/13cpfNJ
holiday custom. Order
Text Message • SMS


5:09
24490
Wed, Nov 26 at 8:56 AM
YETI: Time is running out on free holiday custom. Put in your order for personalized gifts by 11/27 at 11:59 PM CT. See details.* https://brz.ai/zyIlZ/13cpfNJ
Thu, Nov 27 at 5:02 PM
YETI: Final hours for free holiday custom. Order personalized gear today and we'll cover the cost. Ends 11/27 at 11:59 PM CT. * https://brz.ai/rBS1H/13cpfNJ
Fri, Nov 28 at 9:05 AM
Text Message • SMS


5:10
24490
Fri, Nov 28 at 9:05 AM
YETI: The Gear Garage is now open and we're bringing out brand new Blue Camo Gear. https://brz.ai/RfgRT/13cpfNJ
Sat, Nov 29 at 8:28 AM
YETI: For day two of Gear Garage, score a Roadie 15 Hard Cooler in a limited edition color then grab your furry buddy a new toy. https://brz.ai/ta3b/13cpfNJ
Text Message • SMS


5:10
24490
Sat, Nov 29 at 8:28 AM
YETI: For day two of Gear Garage, score a Roadie 15 Hard Cooler in a limited edition color then grab your furry buddy a new toy. https://brz.ai/ta3b/13cpfNJ
Tue, Dec 2 at 9:05 AM
YETI: JUST DROPPED - The Yonder Shaker Bottle. Smooth shakes. No whisk. All gains. https://brz.ai/u76xE/13cpfNJ
Text Message • SMS


5:10
24490
Tue, Dec 2 at 9:05 AM
YETI: JUST DROPPED - The Yonder Shaker Bottle. Smooth shakes. No whisk. All gains. https://brz.ai/u76xE/13cpfNJ
Thu, Dec 4 at 8:47 AM
BUCKEYES
Text Message • SMS


5:10
24490
Thu, Dec 4 at 8:47 AM
BUCKEYES
OHIO STATE
YETI: SHAKE THE SHOE - The third drop in our Fandom Collection just launched. https://brz.ai/nDGzA/13cpfNJ
Fri, Dec 5 at 8:27 AM
YETI: The Gear Garage is closing soon, but you've still got time to score this year's drops. https://brz.ai/2cJAG/13cpfNJ
Sat, Dec 6 at 8:40 AM
Text Message • SMS
- Grab an Alabama Crimson Tide bottle before they're gone


5:10
100
24490
Fri, Dec 5 at 8:27 AM
YETI: The Gear Garage is closing soon, but you've still got time to score this year's drops. https://brz.ai/2cJAG/13cpfNJ
Sat, Dec 6 at 8:40 AM
YETI: GEAR UP FOR GAME DAY - Grab an Alabama Crimson Tide bottle before they're gone and show the world who you root for. https://brz.ai/sWMGW/13cpfNJ
Mon, Dec 8 at 8:46 AM
YETI: Our limited edition
Text Message • SMS


5:10
100
13cpfNJ
24490
Mon, Dec 8 at 8:46 AM
YETI: Our limited edition Cowboys & Eagles 26 oz. Rambler Water Bottles just launched. https://brz.ai/wdCLB/13cpfNJ
Mon, Dec 15 at 8:31 AM
Text Message • SMS


5:10
100
13cpfNJ
24490
Mon, Dec 15 at 8:31 AM
YETI: Our limited edition Yankees 26 oz. Rambler Water Bottles just dropped. Explore the Fandom Collection and grab yours before they're gone. https://brz.ai/ZkFqc/13cpfNJ
Wed, Dec 17 at 8:18 AM
YETI: Free holiday shipping for account holders or on orders over $50 'til 12/20 at 11:59 PM CT. See details*. https://brz.ai/
Text Message • SMS
Sat, Dec 20 at 8:36 AM


5:10
100
24490
Wed, Dec 17 at 8:18 AM
YETI: Free holiday shipping for account holders or on orders over $50 'til 12/20 at 11:59 PM CT. See details*. https://brz.ai/TOeT4/13cpfNJ
Sat, Dec 20 at 8:36 AM
YETI: Last call for free holiday shipping for account holders or on orders over $50. Ends 12/20 at 11:59 PM CT. *See details. https://brz.ai/i1TVC/13cpfNJ
Wed, Dec 31 at 11:19 AM
YETI: Last chance to get 25% off orders over $200 with your unique promo code: CRM-D2CP-K3B6-C3RH-T6RZ https://brz.ai/VkMG4/13cpfNJ
Fri, Jan 2 at 10:20 AM
Text Message • SMS


5:10
100
24490
Fri, Jan 2 at 10:20 AM
YETI: JUST DROPPED: The Limited Edition YETI x John Deere Rambler 20 oz. and 30 oz. Tumblers. Shop now. https://brz.ai/IXQTs/13cpfNJ
Thu, Jan 8 at 12:20 PM
YETI: Last chance to customize your hydration drinkware on us. *Ends 1/8/26 11:59pm CT on eligible products. See details. https://brz.ai/79gSb/13cpfNJ
Text Message • SMS


5:10
100
24490
Thu, Jan 8 at 12:20 PM
YETI: Last chance to customize your hydration drinkware on us. *Ends 1/8/26 11:59pm CT on eligible products. See details. https://brz.ai/79gSb/13cpfNJ
Thu, Jan 15 at 8:44 AM
EARLY ACCESS
VENOM
YETI: Venom has entered the game. Account holders now have early access to our newest color made for the cold blooded. https://brz.ai/RGIO2/13cpfNJ
Text Message • SMS
Tue, Jan 20 at 9:08 AM


5:10
100
24490
Thu, Jan 15 at 8:44 AM
EARLY ACCESS
VENOM
YETI: Venom has entered the game. Account holders now have early access to our newest color made for the cold blooded. https://brz.ai/RGIO2/13cpfNJ
Tue, Jan 20 at 9:08 AM
THE NEW
RIDGELINE
Text Message • SMS


5:10
100
RGIO2/13cpfNJ
24490
Tue, Jan 20 at 9:08 AM
THE NEW
RIDGELINE
COLLECTION
YETI
YETI: EARLY ACCESS: The New Ridgeline Collection is here. Made for those at home in the wild. https://brz.ai/aHSVL/13cpfNJ
Tue, Jan 27 at 9:13 AM
THE NEW
ALPENGLOW
COLLECTION
Text Message • SMS


5:10
100
13cpfNJ
24490
Tue, Jan 27 at 9:13 AM
THE NEW
ALPENGLOW
COLLECTION
YETI
YETI: Alpenglow has arrived. Explore the collection inspired by sunlit peaks. https://brz.ai/AiOLA/13cpfNJ
Tue, Feb 3 at 9:33 AM
YETI: FREE Valentine's Day customization ends tonight. *Ends 2/3/26 11:59pm CT on eligible products. See details. https://brz.ai/YbLMX/13cpfNJ
Text Message • SMS
YETI: The big game is set, who


5:10
100
24490
Tue, Feb 3 at 9:33 AM
YETI: FREE Valentine's Day customization ends tonight. *Ends 2/3/26 11:59pm CT on eligible products. See details. https://brz.ai/YbLMX/13cpfNJ
Wed, Feb 4 at 9:20 AM
YETI: The big game is set, who are you rooting for? Reply with a number. https://brz.ai/bYkz3
1. Seattle Seahawks
2. New England Patriots
3. I'm just throwing the party.
Sun, Feb 8 at 10:42 AM
YETI: Get FREE Valentine's Day Shipping until 2/10 12pm CT. Delays may occur. Arrival dates not guaranteed. Exclusions apply.* https://brz.ai/Zcj8T/13cpfNJ
Mon, Feb 9 at 8:50 AM
YETI: Raise one up to the top team with officially licensed Seattle Seahawks Super Bowl
Text Message • SMS


5:11
100
13cpfNJ
24490
Mon, Feb 9 at 8:50 AM
YETI: Raise one up to the top team with officially licensed Seattle Seahawks Super Bowl LX champion drinkware. https://brz.ai/6WSrS/13cpfNJ
Tue, Feb 10 at 8:32 AM
NEW COLOR
VENOM
YETI
YETI: JUST LAUNCHED: Venom. Explore the full drop of gear in the new game-ready color. https://brz.ai/JDLG/13cpfNJ
Text Message • SMS


5:11
100
24490
Tue, Feb 10 at 8:32 AM
NEW COLOR
VENOM
YETI
YETI: JUST LAUNCHED: Venom. Explore the full drop of gear in the new game-ready color. https://brz.ai/JDLG/13cpfNJ
Thu, Feb 12 at 8:18 AM
THE NEW
RIDGELINE
COLLECTION
Text Message • SMS


5:11
24490
Thu, Feb 12 at 8:18 AM
THE NEW
RIDGELINE
COLLECTION
YETI
YETI: The Ridgeline Collection just dropped. Ready for trails less traveled and those at home in the wild. Shop the drop. https://brz.ai/Crzyk/13cpfNJ
Tue, Feb 17 at 8:20 AM
Text Message • SMS


5:11
24490
Tue, Feb 17 at 8:20 AM
YETI: Available in four sizes, meet the all-new Skala Hiking Pack, designed for a custom fit, comfortable carry, and easy access to your gear. https://brz.ai/SI9ox/13cpfNJ
Thu, Feb 19 at 9:20 AM
Text Message • SMS


5:11
24490
Thu, Feb 19 at 9:20 AM
YETI: JUST DROPPED: Get three meals squared away with new snack boxes and the insulated box. https://brz.ai/hM3Vr/13cpfNJ
Thu, Feb 26 at 9:13 AM
YETI: 20% off Cherry Blossom. Catch this limited edition color before the seasons change.* Exclusions apply. See details. https://brz.ai/Tmqm4/13cpfNJ
Text Message • SMS


5:11
24490
Thu, Feb 26 at 9:13 AM
YETI: 20% off Cherry Blossom. Catch this limited edition color before the seasons change.* Exclusions apply. See details. https://brz.ai/Tmqm4/13cpfNJ
Fri, Feb 27 at 2:45 PM
YETI
ORACLE
Red Bull
RACING
YETI: JUST DROPPED: Rep the toughest on the track with the officially-expanded, team-kitted Oracle Red Bull Racing Collection. https://brz.ai/MkNtc/13cpfNJ
Text Message • SMS
Thu, Mar 12 at 8:59 AM


5:11
24490
Fri, Feb 27 at 2:45 PM
YETI
ORACLE
Red Bull
RACING
YETI: JUST DROPPED: Rep the toughest on the track with the officially-expanded, team-kitted Oracle Red Bull Racing Collection. https://brz.ai/MkNtc/13cpfNJ
Thu, Mar 12 at 8:59 AM
YETI: Customize your gear with text, a design, or a photo - on us. *Offer valid until 3/19/26 11:59PM CT. See details.
Text Message • SMS
Thu, Mar 19 at 8:39 AM


5:11
24490
Thu, Mar 12 at 8:59 AM
YETI: Customize your gear with text, a design, or a photo - on us. *Offer valid until 3/19/26 11:59PM CT. See details. https://brz.ai/TdolA/13cpfNJ
Thu, Mar 19 at 8:39 AM
YETI: LAST CHANCE for free customization. *Offer valid until 3/19/26 11:59PM CT. Exclusions apply. See details. https://brz.ai/3uytL/13cpfNJ
Tue, Mar 24 at 10:17 AM
THE
THROWBACK
COLLECTION
Text Message • SMS
knew us when. https://brz.ai/


5:11
24490
Tue, Mar 24 at 10:17 AM
THE THROWBACK COLLECTION
YETI
YETI: We brought back a fan-favorite color for those who knew us when. https://brz.ai/L1Goa/13cpfNJ
Tue, Mar 31 at 9:07 AM
NEW COLOR
ROYAL BLUE
Text Message • SMS


5:11
24490
Tue, Mar 31 at 9:07 AM
NEW COLOR
ROYAL BLUE
YETI: Introducing Royal Blue, our newest color that's as bold as your game. Shop now. Text STOP to opt-out. https://brz.ai/ptYmf/13cpfNJ
Thu, Apr 2 at 9:19 AM
YETI: Desert Bloom is here. Plus, free customization on Desert Bloom and Royal Blue drinkware for a limited time.* See details. https://brz.ai/l6iUL/
Text Message • SMS


5:11
24490
Thu, Apr 2 at 9:19 AM
YETI: Desert Bloom is here. Plus, free customization on Desert Bloom and Royal Blue drinkware for a limited time.* See details. https://brz.ai/l6iUL/13cpfNJ
Fri, Apr 3 at 9:21 AM
YETI
YETI: Our newest releases have landed. Check out our new packs, a new pink, and a royal blue drink. https://brz.ai/TrzuT/13cpfNJ
Text Message • SMS


5:11
24490
Fri, Apr 3 at 9:21 AM
YETI
YETI: Our newest releases have landed. Check out our new packs, a new pink, and a royal blue drink. https://brz.ai/TrzuT/13cpfNJ
Sun, Apr 5 at 10:19 AM
YETI: JUST DROPPED: The new expanded Cape Collection just landed. Set course for the coast and shop the drop. https://brz.ai/jLijB/13cpfNJ
Text Message • SMS


5:11
24490
Sun, Apr 5 at 10:19 AM
YETI: JUST DROPPED: The new expanded Cape Collection just landed. Set course for the coast and shop the drop. https://brz.ai/jLijB/13cpfNJ
Sun, Apr 12 at 11:24 AM
YETI
YETI: Our Mother's Day Gift Guide is here, and it's packed with gear made to match her strength. https://brz.ai/PmweY/13cpfNJ
Tue, Apr 14 at 8:51 AM
YETI: Get 20% off Moon Dust
Text Message • SMS


5:11
24490
Tue, Apr 14 at 8:51 AM
YETI: Get 20% off Moon Dust and Cherry Blossom before these limited edition colors take off. *Offer valid while supplies last. https://brz.ai/gU7GV/13cpfNJ
Sun, Apr 19 at 11:08 AM
YETI: Free Mother's Day Customization: Create a one-of-a-kind gift for the mother like no other. Exclusions apply. See details.* https://brz.ai/6GnnBJx5
Tue, Apr 21 at 9:48 AM
THE NEW SEAFOAM COLLECTION
YETI
Text Message • SMS


5:11
100
6GnnBJx5
24490
Tue, Apr 21 at 9:48 AM
THE NEW
SEAFOAM
COLLECTION
YETI: EARLY ACCESS: The Seafoam Collection. Account holders can now shop the new collection made for those who live by the tides. https://brz.ai/dy3QPUvj
Mon, Apr 27 at 8:11 AM
YETI: LAST CHANCE: Free Mother's Day customization. Don't miss your shot to make a gift as special as mom - on us.
Text Message • SMS


5:11
100
dy3QPUvj
24490
Mon, Apr 27 at 8:11 AM
YETI: LAST CHANCE: Free Mother's Day customization. Don't miss your shot to make a gift as special as mom - on us. See details.* https://brz.ai/VhMJCAdX
Tue, May 5 at 8:25 AM
YETI: Meet the new Seafoam Collection. Featuring limited edition gear and drinkware - this is Seafoam like you've never seen it. https://brz.ai/f5WsSHOl
Wed, May 6 at 7:28 AM
YETI: LAST CHANCE: Free Mother's Day shipping. Offer valid for YETI account holders or on orders $50+ until 5/6 12PM CT. See details.* https://brz.ai/ACJWOBgx
Thu, May 14 at 9:11 AM
Text Message • SMS


5:12
100
24490
Thu, May 14 at 9:11 AM
YETI
YETI: From coolers to summer colors, see what's new in our summer lineup. Get 'em while it's hot. Text STOP to opt-out. https://brz.ai/WI29dHRD
Tue, May 19 at 8:22 AM
YETI: Birdie is here. Account holders can now shop the collection made for warm days on the course. https://brz.ai/VSz8zp7T
Text Message • SMS
Thu, May 28 at 8:58 AM


5:12
100
24490
Tue, May 19 at 8:22 AM
YETI: Birdie is here. Account holders can now shop the collection made for warm days on the course. https://brz.ai/VSz8zp7T
Thu, May 28 at 8:58 AM
YETI: Get FREE customization on Father's Day gifts through 6/8.* Exclusions apply. See details. https://brz.ai/ebJzc3cp
Tue, Jun 2 at 8:43 AM
YETI: EARLY ACCESS: The Whippersnappers and Grasshopper Collections are here. Account holders can now shop the new drops. https://brz.ai/Ppr0FUax
Wed, Jun 3 at 9:13 AM
YETI: LIMITED DROP: MLB Fandom Collection drinkware now available. Get yours while they last. https://brz.ai/8kCSkLHH
Text Message • SMS


5:12
100
24490
Wed, Jun 3 at 9:13 AM
YETI: LIMITED DROP: MLB Fandom Collection drinkware now available. Get yours while they last. https://brz.ai/8kCSkLHH
Mon, Jun 8 at 9:16 AM
YETI: Don't miss free customization on Father's Day gifts. Ends tonight at midnight. Exclusions apply. See details. https://brz.ai/HtN9dyQd
Tue, Jun 16 at 9:05 AM
YETI: Last chance for FREE shipping on orders $50+. Ends 6/17 at 12pm CT. See details.
Plus, get early access to a new color: Pace. https://brz.ai/HdlyowBv
Tue, Jun 23 at 9:15 AM
YETI: From new drinkware and totes to never before seen colors, see what's new in our lineup.
Text Message • SMS
Wed, Jul 1 at 8:50 AM


5:12
100
HdlyowBv
24490
Tue, Jun 23 at 9:15 AM
YETI: From new drinkware and totes to never before seen colors, see what's new in our lineup. https://brz.ai/xhDGGyoN
Wed, Jul 1 at 8:50 AM
YETI: For a limited time, customization is free. See details.* https://brz.ai/ggSkWs8p
Wed, Jul 8 at 8:27 AM
YETI: Final call for free customization. See details.* https://brz.ai/C7P5mll9
Thu, Jul 16 at 9:21 AM
YETI: Give your commute an upgrade with the new Camino Zip Carryall and leakproof Rambler Flip Chug Bottle. https://brz.ai/PuKNCPop
Tue, Jul 21 at 8:35 AM
Click to see the colors.
https://brz.ai/Ywl2QtuV
Text Message • SMS


5:12
24490
Tue, Jul 21 at 8:35 AM
YETI: EARLY ACCESS: Two new drops, one requested restock. Click to see the colors. https://brz.ai/Ywl2QtuV
Tue, Jul 28 at 9:31 AM
YETI: EARLY ACCESS: Meet the new Ranchero Crossbody. Quick access. Close carry. Ready for the commute and everything after. https://brz.ai/FlUcYaFv
Thu, Jul 30 at 8:36 AM
YETI: Bag the new Open Country and Upland Birds Collections, and the returning Wetlands Collection. Snag them before they disappear. https://brz.ai/re9n8sGx
Fri, Jul 31 at 8:06 AM
YETI: Gear that earns perfect marks. Explore new arrivals for back to school. https://brz.ai/OWRXdQ3v
Text Message • SMS


5:12
24490
Fri, Jul 31 at 8:06 AM
YETI: Gear that earns perfect marks. Explore new arrivals for back to school. https://brz.ai/OWRXdQ3v
Mon, Aug 3 at 8:01 AM
YETI: 20% off Rambler Travel Mugs. Rugged roads are calling, get yours before they're gone. Exclusions apply.* Text STOP to opt out. https://brz.ai/KlwmW5vv
Tue, Aug 4 at 10:02 AM
YETI: Score free customization for back to school. Offer valid until 08/11/26 11:59 PM CT. Exclusions apply.* See details. https://brz.ai/fuJmnyRX
Fri, Aug 7 at 9:41 AM
Text Message • SMS


5:12
24490
Fri, Aug 7 at 9:41 AM
YETI: EARLY ACCESS: The new Ranchero Crossbody. An easy-carry bag with a one-hand magnetic closure that keeps you moving. https://brz.ai/FTdtJevT
Tue, Aug 11 at 8:13 AM
YETI: Last chance for free customization. Offer valid until 08/11/26 11:59 PM CT. Exclusions apply. See details.* https://brz.ai/lqLEugol
Sat, Aug 15 at 8:15 AM
Text Message • SMS


5:12
24490
Sat, Aug 15 at 8:15 AM
YETI: Score up to 30% off seasonal offers before they hit the road. Offer valid while supplies last. See details.* Text STOP to opt out. https://brz.ai/da0w8hGt
Tue, Aug 18 at 10:45 AM
THE NEW
ESTANCIA
COLLECTION
YETI: The Estancia Collection is here and it features not one, but two new colors: Pampa and Stag. https://brz.ai/r0lhYr1H
Tue, Aug 25 at 8:32 AM
Text Message • SMS


5:12
24490
Tue, Aug 25 at 8:32 AM
YETI
FANDOM
COLLECTION
COLLEGE KICKOFF
EDITION
YETI: Limited edition college football drop from the Fandom Collection just hit shelves. Get your team's bottle today. https://brz.ai/BfG8yHLf
Thu, Aug 27 at 8:11 AM
YETI: 30% off the Rambler 35 oz. Straw Mug. Snag one before it hits the road. Exclusions apply. See details.* https://brz.ai/nEgvqOdH
Text Message • SMS


5:12
24490
Thu, Aug 27 at 8:11 AM
YETI: 30% off the Rambler 35 oz. Straw Mug. Snag one before it hits the road. Exclusions apply. See details.* https://brz.ai/nEgvqOdH
Sun, Aug 30 at 11:09 AM
YETI: Kick off tailgate season and host like a pro with our new Fandom Collection. Text STOP to opt out. https://brz.ai/JDdPDUyx
Tue, Sep 1 at 9:01 AM
THE NEW
Riverhead
COLLECTION
Text Message • SMS
YETI: JUST DROPPED: The


5:12
24490
Tue, Sep 1 at 9:01 AM
THE NEW Riverhead COLLECTION
YETI: JUST DROPPED: The Riverhead Collection is here. Explore our latest release inspired by the landscape and culture of the coast. https://brz.ai/VWTYM27f
Tue, Sep 8 at 8:43 AM
YETI FANDOM COLLECTION
Text Message • SMS


5:12
24490
Tue, Sep 8 at 8:43 AM
YETI FANDOM COLLECTION LIMITED EDITION NFL DROP
YETI: Limited edition NFL drop from the Fandom Collection just hit shelves. Grab your team's bottle today. https://brz.ai/KRdgQov5
Thu, Sep 10 at 10:11 AM
THE NEW LOADOUT™ PHONE
Text Message • SMS


5:12
24490
Thu, Sep 10 at 10:11 AM
THE NEW LOADOUT™ PHONE CASE
YETI: Meet our newest way to roam, the LoadOut Phone Case. Dial in your phone protection now. https://brz.ai/mew0lk79
Sat, Sep 12 at 8:33 AM
YETI: BACK IN STOCK: The LoadOut Phone Case is restocked and ready to roam in many colors. Get yours before it sells out again. https://brz.ai/
Text Message • SMS


5:12
24490
Sat, Sep 12 at 8:33 AM
YETI: BACK IN STOCK: The LoadOut Phone Case is restocked and ready to roam in many colors. Get yours before it sells out again. https://brz.ai/p44lgE9z
Sun, Sep 13 at 3:29 PM
YETI: Horns are back on top. Celebrate the win with the Fandom Collection. https://brz.ai/sol3NENn
Tue, Sep 15 at 9:23 AM
THE VIRTUALLY INDESTRUCTIBLE LOADOUT® GOBOX GEAR CASES
NEW SIZES
Text Message • SMS
YETI: NEW LoadOut GoBox


5:12
24490
Tue, Sep 15 at 9:23 AM
THE VIRTUALLY INDESTRUCTIBLE LOADOUT® GOBOX GEAR CASES
NEW SIZES
YETI: NEW LoadOut GoBox sizes just launched. See the expanded lineup with innovative internal protection now. https://brz.ai/vVwitxGt
Wed, Sep 16 at 12:27 PM
YETI: Get 20% off Tropical Pink before it's gone for good. Exclusions apply. See details.* Text STOP to opt out. https://brz.ai/tAKB9sGB
Text Message • SMS


5:12
24490
Wed, Sep 16 at 12:27 PM
YETI: Get 20% off Tropical Pink before it's gone for good. Exclusions apply. See details.* Text STOP to opt out. https://brz.ai/tAKB9sGB
Thu, Sep 17 at 8:39 AM
YETI: Customize fall drinkware and barware with text, monogram, or a design for free. *Offer valid until 9/28/26 11:59pm CT. https://brz.ai/tW2shhoh
Thu, Sep 24 at 12:37 PM
YETI: Get a free Collectors' Patch with purchase of select YETI Bags. *Offer valid until 10/12/26 11:59pm CT. See details. https://brz.ai/a1bk2rhL
Mon, Sep 28 at 8:05 AM
YETI: Last call for free customization. Add text, monogram, or a design - on us. *Offer valid until 9/28/26
Text Message • SMS


5:13
24490
Mon, Sep 28 at 8:05 AM
YETI: Last call for free customization. Add text, monogram, or a design - on us. *Offer valid until 9/28/26 11:59pm CT. https://brz.ai/bMZbN2VP
Tue, Sep 29 at 9:17 AM
YETI: Our color lineup has expanded. Explore dependable gear in Olive, and see our newest color, Dusk. https://brz.ai/PViu7BZD
Friday 12:23 PM
YETI: Tap into the latest in our fall lineup, with new colors and the exclusive YETI Phone Case. Text STOP to opt out. https://brz.ai/mWmZXBb9
Tuesday 8:18 AM
YETI: JUST TIPPED OFF: The NBA Fandom Collection, with exclusive team drinkware that goes hard in the paint. https://
Text Message • SMS
Yesterday 8:22 AM


5:13
24490
YETI: Our color lineup has expanded. Explore dependable gear in Olive, and see our newest color, Dusk. https://brz.ai/PViu7BZD
Friday 12:23 PM
YETI: Tap into the latest in our fall lineup, with new colors and the exclusive YETI Phone Case. Text STOP to opt out. https://brz.ai/mWmZXBb9
Tuesday 8:18 AM
YETI: JUST TIPPED OFF: The NBA Fandom Collection, with exclusive team drinkware that goes hard in the paint. https://brz.ai/zgKgTbZr
Yesterday 8:22 AM
YETI: Get 25% off Rambler Travel Bottles. Offer valid until 1/2/27 11:59pm CT. Exclusions apply. See details.* https://brz.ai/oMyvVUvT
Text Message • SMS
Report Spam